**Fill in this information to identify the case:**

Debtor 1: Cristopher Chancey Lamb

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Indiana (State)

Case number: 21-00899-RLM-13

---

Official Form 410S2 **AMENDED**

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust

Court claim no. (if known): 3-1

Last 4 digits of any number you use to identify the debtor's account: 7 1 5 1

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 4/16/2021 POC/PR & 410A Prep | (5) | $ 1,200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: 4/5/2021 Sale Publication | | (11) | $ 100.00 |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1 **Christopher Chancey Lamb**
First Name    Middle Name    Last Name

Case number (*if known*) 21-00899-RLM-13

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date 05 / 12 / 2021

Print: **Molly Slutsky Simons**
First Name    Middle Name    Last Name

Title **Attorney for Creditor**

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
Number    Street
**Loveland, OH 45140**
City    State    ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

**Sottile & Barile, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# INVOICE

**BILL TO**
SN Servicing Corporation
323 Fifth Street
Eureka, CA  95501

**INVOICE #** 
**DATE** 04/05/2021

**S&B FILE NUMBER**

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Lamb, Chris - ▇▇▇▇ - Sale publication - Recoverable | | | 100.00 |
| | | BALANCE DUE | $100.00 |

**Sottile & Barile, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# INVOICE

**BILL TO**

SN Servicing Corporation
323 Fifth Street
Eureka, CA  95501

**INVOICE #** 
**DATE** 04/16/2021

**S&B FILE NUMBER**

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Lamb, Christopher · ▇▇▇ · Proof of Claim/Plan Review | 1 | 950.00 | 950.00 |
| Lamb, Christopher · ▇▇▇ · 410A Prep | 1 | 250.00 | 250.00 |
| | | **BALANCE DUE** | **$1,200.00** |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 21-00899-RLM-13 |
| Christopher Chancey Lamb | Chapter 13 |
| Debtor. | Judge Robyn L. Moberly |

## AMENDED CERTIFICATE OF SERVICE

I certify that on May 12, 2021, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Darrel J. Dolan, Debtor's Counsel
    dolanbankruptcy@aol.com

    Ann M. DeLaney, Trustee
    ecfdelaney@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on May 12, 2021, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Christopher Chancey Lamb, Debtor
    10205 Bradbury Drive
    Indianapolis, IN 46231

        Respectfully Submitted,

        /s/ Molly Slutsky Simons
        Molly Slutsky Simons (OH 0083702)
        Sottile & Barile, Attorneys at Law
        394 Wards Corner Road, Suite 180
        Loveland, OH 45140
        Phone: 513.444.4100
        Email: bankruptcy@sottileandbarile.com
        Attorney for Creditor